cided and rejected by the same court. Of course, the district court can take judicial notice of its own records, and appellant has not brought forward the records of other petitions.

Also, we have trouble finding a substantial federal question in the petition.

Daniel Boone HYMES, Petitioner and Appellant,

v.

Raymond K. PROCUNIER, Director, California Department of Corrections, Appellee.

No. 24231.

United States Court of Appeals, Ninth Circuit.

Aug. 10, 1970.

Rehearing Denied Sept. 16, 1970.

Daniel Boone Hymes, in pro. per.

Thomas C. Lynch, Atty. Gen., John T. Murphy, and Timoth G. Laddish, Deputy Attys. Gen., San Francisco, Cal., for appellee.

Before CHAMBERS and KOELSCH, Circuit Judges, and BYRNE, District Judge.

PER CURIAM:

The decision refusing habeas corpus relief is affirmed.

The district court found that the questions presented had been previously de-

Thomas Patrick KEEGAN, Petitioner,

v.

UNITED STATES of America, Respondent.

No. 24691.

United States Court of Appeals, Ninth Circuit.

Aug. 6, 1970.

Thomas Patrick Keegan, in pro. per.

Bart M. Shouwiller, U. S. Atty., Las Vegas, Nev., for appellee.

Before CHAMBERS and TRASK, Circuit Judges, and POWELL, District Judge.

PER CURIAM:

The petitioner in this 2255 proceeding asserted that at the time of his trial he was entitled to a psychiatric examination. Apparently no one raised this question prior to this proceeding. In this proceeding the petitioner was given a full hearing and the Court on the evidence presented denied the petition. There was evidence to support his judgment of dismissal, which is affirmed.